FILED
CLERK, U.S. DISTRICT COURT

APR 16 2024

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 8:24-MJ-00167-DUTY |
| ANDREI ALEXANDRU DOROBANTU | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

IT IS ORDERED that a Continued Initial Appearance/Detention Hearing is set for April 17, 2024 at 3:00 p.m. before the Honorable Autumn D. Spaeth in Courtroom 6B.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __04/16/2024__         __/s/ Autumn D. Spaeth__
                              U.S. Magistrate Judge